(September 15, 1988)

■ In the Matter of DEBRA M. MARLIN, Respondent, v BARBARA GARDINER, Appellant.—Appeal from an order of the Family Court of Greene County (Fromer, J.), entered July 30, 1985, which granted petitioner's application, in a proceeding pursuant to Domestic Relations Law § 240, for custody of Crystal O'Brien.

Order affirmed, without costs, upon the opinion of Judge John J. Fromer. Mahoney, P. J., Kane, Casey, Weiss and Mikoll, JJ., concur.